

# NUMBER 13-20-00558-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF JONATHAN MARTELL GOODWIN AND TEQUISHA MA-REE GOODWIN

---

### On appeal from the 214th District Court of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Benavides

This cause is before the Court on appellant's motion for leave to file notice of appeal. On December 18, 2020, appellant filed a notice of restricted appeal of a dismissal signed on March 4, 2019, by the 214th Judicial District of Nueces County, Texas, in cause number 2017-FAM-4398-F. We now dismiss this appeal for lack of jurisdiction.

A restricted appeal is perfected when notice of appeal is filed within six months after the order is signed. TEX. R. APP. P. 26.1(c). The Court may extend the time to file

the notice of appeal if, *within 15 days* after the deadline for filing the notice of appeal, a motion to extend is filed. TEX. R. APP. P. 26.3 (emphasis added).

Accordingly, the motion for leave is denied as untimely filed, and the Court having considered the documents on file and appellant's failure to timely perfect this restricted appeal and failure to timely file a motion for extension, is of the opinion the appeal should be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

GINA BENAVIDES
Justice

Delivered and filed on the
25th day of February, 2021.